IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CEDRIC PRICE, | * |
| Petitioner, | * |
| v. | Case No.  1:22-CV-140(LAG) |
| | * |
| AARON PINEIRO, et al, | |
| | * |
| Respondents. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 14, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 14th day of November, 2022.

                                                  David W. Bunt, Clerk

                                                  s/ William C. Lawrence, Deputy Clerk